IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY L. BROOKINS,

      Plaintiff,                    No. CIV S-06-0150 FCD DAD P

    vs.

LIEUTENANT COOK, et al.,

      Defendants.          <u>ORDER</u>

                                  /

        Plaintiff, a state prisoner proceeding pro se, has submitted a handwritten document titled "Information-Complaint." The document has been construed as a civil rights complaint seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $250.00 or submitted an application to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a) and 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, either the required filing fee of $250.00 or a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

1

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: January 30, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
broo0150.3a